UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-75-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ONTARIOUS DEMONTRE LEWIS | : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to ONTARIOUS DEMONTRE LEWIS, be changed to reflect the proper identification of the defendant as ONTARIUS DEMONTRE LEWIS.

This the 17 day of January, 2012.

TERRANCE W. BOYLE
United States District Judge