UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-75-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | <u>ORDER</u> |
| | : | |
| ONTARIOUS MONTRE LEWIS | : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to ONTARIOUS MONTRE LEWIS, be changed to reflect the proper identification of the defendant as ONTARIUS MONTRE LEWIS.

This the ___ day of June, 2012.

TERRENCE W. BOYLE
United States District Judge